THE STATE OF OHIO, APPELLEE, *v.* CHUBB, APPELLANT.

[Cite as *State v. Chubb* (1995), 73 Ohio St.3d 139.]

(No. 95–227—Submitted April 24, 1995—Decided August 16, 1995.)

140

*Michael Miller*, Franklin County Prosecuting Attorney, and *Stephen L. Taylor*, Assistant Prosecuting Attorney, for appellee.

*Creedon D. Chubb, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.